CAUSE NO. 5:23-CV-01023

| | |
|---|---|
| HANNIA PASTOR,<br><br>   PLAINTIFF,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND COLLEEN HOLIFIELD,<br><br>   DEFENDANTS. | IN THE UNITES STATES DISTRICT COURT<br><br>FOR THE WESTERN DISTRICT OF TEXAS<br><br>SAN ANTONIO DIVISION |

## JOINT NOTICE OF SETTLEMENT

Plaintiff HANNIA PASTOR and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, jointly file this notice to inform the court that the parties have reached a settlement agreement. The parties have exchanged and are working on completing the required closure documentations and the exchange of drafting instructions and the settlements funds.

CAT: Pastor vs. Allstate & Holifield
JOINT NOTICE OF SETTLEMENT
Our File Number: 0695034801.1

PAGE 1

Respectfully submitted,

/s/ Joseph Milensky /s/ with permission 6/23/25

**JOSEPH MILENSKY**
BAR NO. 24118231
CHAD T. WILSON LAW FIRM, PLLC
455 EAST MEDICAL CENTER BLVD.,
SUITE 555
WEBSTER, TEXAS 77598
TELEPHONE: (832) 415-1432
CWILSON@CWILSONLAW.COM
JMILENSKY@CWILSONLAW.COM
ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF MAYELLA GONZALEZ

**NATHANIEL PEEVEY**
TBN:  24062495
MAILING ADDRESS:
PO Box 224566
Dallas, TX  75222
*npeev@allstate.com*
E-Service Only:
SanAntonioLegal@allstate.com
(915) 538-9899
(877) 684-4166 (fax)
ATTORNEY FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

CAT: Pastor vs. Allstate & Holifield
JOINT NOTICE OF SETTLEMENT
Our File Number: 0695034801.1

PAGE 2